# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>William , Cassady E. | 2. Court or Organization<br><br>U.S.D.C. S.D. Alabama | 3. Date of Report<br><br>07/05/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge - Full | 5a. Report Type (check appropriate type)<br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States Courthouse
113 Saint Joseph Street
Rm. 306
Mobile, Alabama 36602

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Legislatgive Committee | Federal Magistrate Judges Association |
| 2. | Executor | Estate #1 |
| 3. | Manager | Cassady Farms, LLC |
| 4. | Manager | Southbury Condo, LLC |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| William , Cassady E. | 07/05/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Magistrate Judges Association | 09/18/13 - 09/20/13 | Washington, DC | Committee Meeting | Transportation, lodging and food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **William , Cassady E.** | 07/05/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Bank (Account) | A | Interest | L | T | | | | | |
| 2. Franklin/Templeton World Fund CL A (TEMWX) IRA | D | Dividend | M | T | | | | | |
| 3. Vanguard Mutual Funds IRA | | | | | | | | | |
| 4. - Asset Allocation Fund | A | Dividend | K | T | | | | | |
| 5. - STAR Fund | B | Dividend | L | T | | | | | |
| 6. Franklin Income Fund CL A IRA (FKINX) | D | Dividend | M | T | | | | | |
| 7. Rental Property - Jefferson Co., B'ham, AL (Southbury, LLC) | D | Rent | L | W | | | | | |
| 8. Butler Co, AL land (Apr. 4/14/10) (Cassady Farms, LLC) | | None | N | Q | | | | | |
| 9. House & lot, Greenville, AL (Apr. 4/4/10) (Cassady Farms, LLC | D | Rent | K | Q | | | | | |
| 10. Common Stock, Town & Country National Bank | E | Int./Div. | M | U | | | | | |
| 11. Participating Units - Cassady Farms, LLC | | None | N | T | | | | | |
| 12. Participating Units - Southbury Condo, LLC | | None | L | T | | | | | |
| 13. Brokerage Account #1 | | | | | | | | | |
| 14. - Bank Deposit Sweep Account | A | Interest | J | T | | | | | |
| 15. -Franklin Tax Free TR Fed Interm Term Advisor CL (FITZX) | A | Dividend | K | T | Buy (add'l) | 10/03/13 | J | | |
| 16. -Nuveen Mun Trust Inter Duration Mun Bd Fd CL (NUVBX) | A | Dividend | K | T | Buy (add'l) | 10/03/13 | J | | |
| 17. -T Rowe Prie Summit Mun Fds Inc - Mun Inter Fd (PRSMX) | A | Dividend | K | T | Sold (part) | 10/2/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| William , Cassady E. | 07/05/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -T Rowe Price Tax Free Shrt (PRSFX) | A | Dividend | K | T | Sold (part) | 10/02/13 | J | A | |
| 19.  -Thornburg Invt Tr Ltd Ter Mun Fd Cl 1 (LTMIX) | A | Dividend | K | T | Sold (part) | 10/02/13 | J | A | |
| 20.  -Cohen & Steers Rlty Shs (CSRSX) | A | Dividend | J | T | Buy (add'l) | 10/03/13 | J | | |
| 21.  -Dreyfus Appreciation Fd (DGAGX) | A | Dividend | J | T | Sold (part) | 10/02/13 | J | A | |
| 22.  -Europacific Growth Fd Fl (AEGFX) | A | Dividend | J | T | Sold (part) | 10/02/13 | J | A | |
| 23.  -Goldman Sachs Tr (FTXXX) | A | Dividend | J | T | Sold (part) | 07/12/13 | J | A | |
| 24. | | | J | T | Buy (add'l) | 10/03/13 | J | | |
| 25. | | | J | T | Sold (part) | 10/11/13 | J | A | |
| 26.  -MFS Ser Trust III CL A (MMHYX) | A | Dividend | J | T | Sold (part) | 10/02/13 | J | A | |
| 27.  -Nuveen All-American Mun BD FD Instl SHS CL (FAARX) | A | Dividend | | | Sold | 10/02/13 | J | A | |
| 28.  -Oppenheimer Intl Bond Fund Cl A (OIBAX) | A | Dividend | J | T | | | | | |
| 29.  -Templeton Income TR GLB BD Advisor (TGBAX) | A | Dividend | J | T | Sold (part) | 10/02/13 | J | A | |
| 30.  -Eagle Mid Cap Stock Fund (HMCJX) | A | Dividend | J | T | Sold (part) | 10/02/13 | J | A | |
| 31.  -DWS Tax Free (SZMIX) | A | Dividend | J | T | Buy | 10/02/13 | J | | |
| 32. | | | | | Buy (add'l) | 10/03/13 | J | | |
| 33.  -Fidelity ADV EMERG MKTS (FMKIX) | A | Dividend | J | T | Sold (part) | 10/02/13 | J | A | |
| 34.  -GULF POWER NOTES 5-18-16 (GUA) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| William , Cassady E. | 07/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -GUGGENHEIM ZACKS INCM ADVAN STRAT PT 2 YR SR 3 REIN (CTZICX | A | Dividend | K | T | | | | | |
| 36. -FIRST TRUST PORTFOLIOS MUNI INCOME CLOSED END SERIES 53 REI | A | Dividend | K | T | | | | | |
| 37. -FIRST TRUST PORTFOLIOS STRATEGIC DIV SELECT SER 9 | A | Int./Div. | K | T | | | | | See Note 2, Part VIII. |
| 38. -First Trust Portfolios Tactical Inc Series 21 | A | Int./Div. | K | T | | | | | See Note 2, Part VIII. |
| 39. -First Trust Portfolios Interest Rate Hedge Series 71 | A | Int./Div. | K | T | | | | | See Note 2, Part VIII. |
| 40. Calamos Strategic Total Return Fd. (CSQ) | A | Int./Div. | J | T | | | | | See Note 1, Part VIII. |
| 41. Liberty All-Star Equity Fund (USA) | A | Int./Div. | J | T | | | | | See Note 1, Part VIII. |
| 42. Transamerica Advisors Life Ins. Co. | D | Distribution | J | T | | | | | |
| 43. The Ohio National Life Ins. Co. Annuity | B | Distribution | L | T | | | | | |
| 44. Pacific Life Annuity | E | Distribution | K | T | | | | | |
| 45. Estate #1 | | | | | | | | | |
| 46. -Building/ land in Wilcox Co., Camden AL (Approx. 4/14/10) | | | | | Sold | 03/11/13 | M | F | |
| 47. -Franklin Alabama Tax-Free Income Fund- CL C (FALEX) | | | | | | | | | See Note 2, Part VIII. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1 - Part VII. Investments
The Closed End Mutual Funds, Part VII, lines 40-41, were inadvertantly left off the 2012 Report. They were purchased on June 13, 2012. Their value at the time of purchase was J.

Note 2 - Part VII, Investments.
The Equity Trusts listed in lines Part VII, lines 37-39 were inadvertantly left off the 2012 Report. They were all purchased on July 1, 2012. Their value at the time of purchase was K.

Note 3 - Part II. Investments.
The Mutual Fund previously owned by Estate #1 and listed in Part VII, line 47 was distributed to ▮▮▮▮ on December 31, 2012 and that distribution was not shown on the 2012 Disclosure.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cassady E. William**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544